UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:08-00203 |
| | ) | JUDGE CAMPBELL |
| DARREN EUGENE COLLIER | ) | |

<u>ORDER</u>

Pending before the Court is a Motion to Substitute Counsel (Docket No. 29). The Motion

is GRANTED.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE