UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:08-00203 |
| | ) | JUDGE CAMPBELL |
| DARREN EUGENE COLLIER | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 31) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petition on September 15, 2014, at 10:30 a.m.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE